790

*Opinion submitted April 26, 1934.*

By the Court.

As this claim is for an employee who was engaged as a farm laborer, the employment is directly within the proviso of Sub-section 8 of Section 3 of the Workmen's Compensation Act, which expressly excepts any work done on a farm or country place, and no award can be recommended. (See *Bunting* vs. *the State*, U. of I. No. 611. C. of C. Reports.)